IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW,<br><br>    Plaintiff,<br><br>  v.<br><br>SERGIO SANTANA GUZMAN, et al.,<br><br>    Defendants. | No. C 09-00217 CRB<br><br>**JUDGMENT** |

The Court having granted plaintiff's motion for default judgment, judgment is entered in favor of plaintiff and against defendants in the total amount of $8,000.00.

**IT IS SO ORDERED.**

Dated: May 27, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\0217\judgment.wpd